UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY RECINOS,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF TACOMA et al.,<br><br>                Defendants. | CASE NO. 3:23-cv-05754-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 8) |

The Court, having reviewed *de novo* the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. No. 8), objections to the Report and Recommendation (Dkt. No. 9[1]), and the remaining record, hereby finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 8);
2. Plaintiff's *in forma pauperis* application is DENIED;
3. Plaintiff's action is DISMISSED without prejudice;
4. The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 17th day of October 2023.



David G. Estudillo
United States District Judge

---

[1] Plaintiff's objection did not articulate any factual or legal argument challenging the analysis contained in the Report and Recommendation.