UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY RECINOS,<br><br>                  Plaintiff,<br>   v.<br><br>CITY OF TACOMA et al.,<br><br>                  Defendants. | CASE NO. 3:23-cv-05754-DGE<br><br>ORDER DENYING MOTION FOR EXTENSION (DKT. NO. 14) |

Before the Court is a motion for extension of time to file a notice of appeal brought by Plaintiff Tiffany Recinos. (Dkt. No. 14.) The Court DENIES Ms. Recinos' motion. Ms. Recinos had already filed a notice of appeal (Dkt. No. 12) prior to filing her motion for extension of time to file a notice of appeal (Dkt. No. 14). And in any event, Ms. Recinos' statement that she "was unaware of deadline" (Dkt. No. 14 at 2) without more is insufficient to grant an extension.

Dated this 29th day of December 2023.

David G. Estudillo
United States District Judge